bhUNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENA LYNN HOFFMAN,

     Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____/

Case No. 1:20-cv-138
Hon. Ray Kent

**JUDGMENT**

     In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

     **IT IS SO ORDERED**.


Dated:  September 13, 2021         /s/ Ray Kent
                                United States Magistrate Judge